MORRIS CAMPBELL *et al.* as Trustees, *et al.*, Plaintiffs-Appellees, *v.* ROMEL WILBON *et al.*, Defendants-Appellants.

(No. 71-187;

Fifth District—July 6, 1972.

Opinion by Mr. JUSTICE EBERSPACHER.

Welch and Wheadon, of East St. Louis, (A. Wendell Wheadon, of counsel,) for appellants.

John J. Hoban, of Belleville, and Harry E. Hartman, of Granite City, for appellees.